IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 12 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-CV-02160 BnB

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOHN A. CLAICE,

    Plaintiff,

v.

JOE ORTIZ, DOC Director for Colo.,
LT. PRYER, Swing Shift Supervisor for CH-6-CSP., DOC of Colo.,
SARGENT [sic] LUNA, Swing Shift Sargent [sic] for CH-6-CSP. Of DOC of Colo.,
SARGENT [sic] WEST, Morning Shift Sargent [sic] for CH-6-CSP. Of DOC of Colo.,
SARGENT[sic] HARDRICK, Morning Shift Sargent [sic]FOR CH-6-CSIP. Of DOC of
    Colo.,
MENTAL HEALTH Dr. Cline. Dr. for CH-6-CSP. Of DOC Colo.,
WARDEN REED - Warden of CSP for DOC of Colo.,
SARGENT[sic] ENGLE - CSP Maintononce [sic],
SCF STAFF,
WARDEN MILYARD - Warden of SCF for DOC. Of Colo.,
MAJOR L WAIDE - West CCM Manager SCF of DOC. Of Colo.,
CAPT. S. GIBSON - Captain of AD-SEG SCF of DOC. Of Colo.,
SARGENT [sic] CASH - Sargent [sic] of AD-SEG - CH-6- of SCF. Of DOC of Colo.,
CO. T. BOYER, - CO AD-SEG CH-6 OF SCF of DOC. Of Colo.,
MENTAL HEALTH DR. FERREL, Dr. for SCF AD-SEG of DOC. Of Colo.,
LT. BARNES - AD SEG SCF DOC of Colo.,
LT. MAY - AD SEG SCF DOC of Colo.,
LT. NICHOLS - AD SEG SCF DOC of Colo.,
CO. LARSON, SCF CO. AD-SEG DOC of Colo.,
SARGENT [sic] FLEZIER - Sargent [sic] of AD-SEG SCF - DOC of Colo.,
LT. NEWTH. SCF AD SEG LT., SCF of DOC of Colo., and
SCF LAW CLERKS DONALD CANFIELD - SCF Law Librarian of SCF - DOC of Colo.,

    Defendants.

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

Plaintiff has submitted a complaint and a letter to the court. He has failed either to pay the $350.00 filing fee or to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) __X__ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) __X__ other: motion is necessary only if filing fee is not paid in advance.

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) __X__ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.
(16) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) ___ names in caption do not match names in text
(18) ___ other _____

2

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, two copies of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 12th day of October, 2007.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07 - CV - 02160

John A Claice
Reg. No. 105782
CSP - C -6-11
PO BOX 777
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER and and two copies of of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915** to the above-named individuals on __10/12/07__

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk