IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02160-BNB

JOHN A. CLAICE,

    Plaintiff,

v.

JOE ORTIZ, DOC Director for Colorado,
WARDEN REED, CSP Warden,
SARGENT ENGLE, CSP Maintenance Sargent,
LT. PRYOR, LT. CH-6, CSP,
MAJOR WAIDE, SCF Major of Security,
WARDEN MILYARD, SCF Warden, and
CAPT. GIBSON, SCF Ad. Seg. Capt.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motions (docket number 13) submitted by Plaintiff, John A. Claice, and filed with the Court on November 23, 2007. In the motions, Mr. Claice seeks an extension of time in which to file a second amended complaint and an extension of time in which to file a certified copy of his trust fund account statement for the six-month period immediately preceding this filing. The motions are GRANTED. Mr. Claice will be allowed **thirty (30) days from the date of this order** in which to file a second amended complaint and to file a certified copy of a trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which he is or was confined. This is the final extension of time Mr. Claice will be granted in this action.

    The clerk of the Court is directed to mail to Mr. Claice, together with this minute order, two copies of the Court-approved Prisoner Complaint form. Mr. Claice is ordered to use the form to submit the second amended complaint. He is not allowed to deviate from usage of this form. Failure to comply with this minute order within the time allowed will result in the dismissal of the instant action.

Dated: November 26, 2007

Copies of this Minute Order and two copies of the Prisoner Complaint mailed on November 26, 2007, to the following:

John A. Claice
Reg. No. 105782
San Carlos Correctional Facility
PO Box 3
Pueblo, CO 81002

 _____
 Secretary/Deputy Clerk