IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02160-BNB

JOHN A. CLAICE,

    Plaintiff,

v.

JOE ORTIZ, DOC Director for Colorado,
WARDEN REED, CSP Warden,
SARGENT ENGLE, CSP Maintenance Sargent,
LT. PRYOR, LT. CH-6, CSP,
MAJOR WAIDE, SCF Major of Security,
WARDEN MILYARD, SCF Warden, and
CAPT. GIBSON, SCF Ad. Seg. Capt.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's motions filed on January 15, 2008, asking to confiscate state toxicology and urinanalysis reports and to appoint counsel or stay the instant action are DENIED. Plaintiff will be allowed **twenty (20) days from the date of this minute order** in which to comply with the directives of the January 10, 2008, order for a second amended complaint. **No further motions from Mr. Claice will be addressed unless and until he complies with the January 10 order.** Plaintiff's failure to comply within the time allowed with the January 10 order will result in the dismissal of the instant action.

Dated: February 19, 2008

Copies of this Minute Order mailed on February 19, 2008, to the following:

John A. Claice
Prisoner No. 105782
CMHIP - Bldg. 20-F-1
1600 W. 24th
Pueblo, CO 81003

                                              Secretary/Deputy Clerk