IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02160-BNB

JOHN A. CLAICE,

    Plaintiff,

v.

JOE ORTIZ, DOC Director for Colorado,
WARDEN REED, CSP Warden,
SARGENT ENGLE, CSP Maintenance Sargent,
LT. PRYOR, LT. CH-6, CSP,
MAJOR WAIDE, SCF Major of Security,
WARDEN MILYARD, SCF Warden, and
CAPT. GIBSON, SCF Ad. Seg. Capt.,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 28 2008

GREGORY C. LANGHAM
                  CLERK

## ORDER OF DISMISSAL

    Plaintiff, John A. Claice, is a prisoner in the custody of the Colorado Department of Corrections (DOC) who was incarcerated at the Colorado State Penitentiary in Cañon City when he initiated this action. Mr. Claice since has notified the Court that he is confined at the San Carlos Correctional Facility in Pueblo, Colorado. He filed *pro se* an amended civil rights complaint for injunctive relief and money damages pursuant to 42 U.S.C. § 1983 (2006) and 28 U.S.C. § 1343(a)(3) (1993). Mr. Claice has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee.

    On January 10, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Claice to file within thirty days a second amended complaint that complied with the pleading

requirements of Rule 8 of the Federal Rules of Civil Procedure and that alleged the personal participation of each named Defendant in the asserted constitutional violations. The January 10 order warned Mr. Claice that if he failed within the time allowed to file a second amended complaint that complied with the pleading requirements of Fed. R. Civ. P. 8 and that alleged each Defendant's personal participation in the asserted constitutional violations, the amended complaint and the action would be dismissed without further notice.

On January 15, 2008, Mr. Claice filed motions to confiscate state toxicology and urinanalysis reports and to appoint counsel or stay the instant action, both of which were denied in a minute order on February 19, 2008. In the February 19 minute order denying the motions, Mr. Claice was allowed an additional twenty days in which to comply with the January 10 order and was warned that no further motions would be addressed until he complied with the January 10 order. Mr. Claice has failed within the time allowed to comply with the January 10 order for a second amended complaint or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended complaint and the action are dismissed without prejudice for Plaintiff's failure within the time allowed to comply with the January 10, 2008, order for a second amended complaint and for failure to prosecute. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 27 day of March, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHEINK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02160-BNB

John A. Claice
Prisoner No. 105782
CMHIP - Bldg. 20-F-1
1600 West 24th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/28/08

                         GREGORY C. LANGHAM, CLERK

                         By: _____
                                Deputy Clerk